IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DARREN JORDAN                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 1:19-CV-160-GHD-DAS

GREATER COLUMBUS LEARNING CENTER;
LOWNDES COUNTY SCHOOL DISTRICT;
DAVID DUNN AND LYNN WRIGHT,
individually and in their official capacities; and
JOHN DOES 1-5                                               DEFENDANTS

## ORDER DENYING DEFENDANTS' MOTIONS TO STRIKE PLAINTIFF'S COMBINED RESPONSE AND GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Defendants' separate Motions for Summary Judgment [49; 52] are GRANTED;
(2) the Defendants' separate Motions to Strike Plaintiff's Combined Response in Opposition to the Defendants' Motions for Summary Judgment [70; 73] are DENIED;
(3) the Plaintiff's claims are DISMISSED WITH PREJUDICE in their entirety; and
(4) this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 24th day of November, 2020.

_____
SENIOR U.S. DISTRICT JUDGE